# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 26, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136933

GRADY ZODIAC BROWN,

      Plaintiff-Appellant,

v

                                         SC: 136933
                                         CoA: 285762

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.
_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of July 24, 2008, the Clerk of the Court is hereby directed to close this file.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 26, 2008

Clerk

jm